IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

HOUSTON, DICKERSON &
DICKERSON, INC. d/b/a
HARVEST FOODS OF CLARKSVILLE                        PLAINTIFF

         V.                CIVIL NO. 13-2125

NATIONWIDE PROPERTY AND
CASUALTY INSURANCE COMPANY                          DEFENDANT

## O R D E R

Currently before the Court is Plaintiff's Stipulation of Dismissal With Prejudice (doc. 17).  Upon due consideration, Plaintiff's Complaint is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  The parties are to bear their own fees and costs.

IT IS SO ORDERED this 13th day of August 2013.

                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge